UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*7 minutes*

CASE NO. 07-20178-CR-ALTONAGA

UNITED STATES OF AMERICA

vs.

SMITH PIERRE

_____

### ORDER

THIS CAUSE came before the Court for the Arraignment Hearing of the above defendant. The defendant, who is currently in custody, was not brought to Court for the hearing and pursuant to counsel, the defendant is located in the Krome Detention Center. It is therefore hereby

ORDERED and ADJUDGED that the Government shall obtain the presence of the defendant for the purposes of his Arraignment Hearing, either by Writ or by phone call. Said Arraignment hearing is hereby re-set to ~~Friday, March 23, 2007, at 1:30~~ Wed., MARCH 28, 2007 at 10:00 A.M. p.m., before the Duty Magistrate Judge.

DONE and ORDERED in Chambers at Miami, Dade County, Florida this 22nd day of March, 2007.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE